JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
COURTNEY A. HASSELBERG, SB# 291189
  E-Mail: Courtney.Hasselberg@lewisbrisbois.com
AARON M. ROTHROCK, SB# 290839
  E-Mail: Aaron.Rothrock@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

Attorneys for Defendants
HKS, INC. d/b/a HKS ARCHITECTS, INC.
and SCOTT B. HUNTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CYNTHIA GRANT,<br><br>                    Plaintiff,<br><br>              vs.<br><br>HKS, INC., a corporation,<br>HKS ARCHITECTS, INC. a corporation,<br>SCOTT B. HUNTER; and Does<br>1 through 10, Inclusive<br><br>              Defendants. | CASE NO.: 2:18-cv-01505<br><br>**DEFENDANT HKS, INC. D/B/A HKS ARCHITECTS, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: January 12, 2018 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DEFENDANT HKS, INC.'S CORPORATE DISCLOSURE STATEMENT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of

2   record for Defendant HKS, INC. d/b/a HKS ARCHITECTS, INC. ("HKS") hereby

3   provides the following corporate disclosure statement:

4    HKS is a privately owned corporation. HKS has no parent corporation and no

5   publicly-held company owns ten percent or more of HKS.

6

7   DATED: February 23, 2018          LEWIS BRISBOIS BISGAARD & SMITH LLP

8                                     By: /s/ Courtney A. Hasselberg

9                                         John L. Barber

10                                        Courtney A. Hasselberg
                                          Aaron M. Rothrock
11                                        Attorneys for Defendant
                                          HKS, INC. d/b/a HKS ARCHITECTS, INC.
12                                        and SCOTT B. HUNTER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT HKS, INC.'S CORPORATE DISCLOSURE STATEMENT